```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/02/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JIE ZHEN JIANG,

                            Plaintiff,                    21-CV-10403 (AJN) (KHP)

        -against-                         **ORDER ADJOURNING INITIAL**
                                                          **CASE MANAGEMENT**
JOSEPH CARDINALE, ACTING DISTRICT               **CONFERENCE**
DIRECTOR, NEW YORK DISTRICT,
UNITED STATES CITIZENSHIP and
IMMIGRATION SERVICES,

                            Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Stipulation and Order of Dismissal filed on February 1, 2022 (doc. no 7) the Initial Case Management Conference currently scheduled for **March 15, 2022** is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
                February 2, 2022

                                                           */s/ Katharine H. Parker*
                                                          _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge